**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000200**
**24-JUN-2014**
**09:11 AM**

NO. CAAP-10-0000200

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EDWARD SMITH, Claimant-Appellant,
v.
SUEJI KANEMOTO,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Employer/Insurance Carrier-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-423(M) (7-78-00428))

ORDER STRIKING DOCUMENT FILED JUNE 18, 2014
and
ORDERING NO FURTHER FILINGS
(By: Foley, Presiding J.)

Upon consideration of Claimant-Appellant Edward A. Smith's (**Smith**) document filed June 18, 2014 (docket no. 135), which this court interprets as a motion for reconsideration of its Summary Disposition Order filed November 22, 2013, the memorandum/papers in support of the motion, and the records and files in this case, it appears that

(1) on November 22, 2013, this court filed a Summary Disposition Order affirming the Decision and Order by the Labor and Industrial Relations Appeals Board;

(2) on December 9, 2013, Smith filed a motion for reconsideration of the Summary Disposition Order, which this court denied by order filed December 13, 2013; and

(3) on December 23, 2013 this court entered its Judgment on Appeal closing this appeal.

Therefore,

IT IS HEREBY ORDERED that the document filed June 18, 2014 (docket no. 135) is stricken.

IT IS FURTHER ORDERED that the clerk of this court shall accept no further filings in this closed appeal.

DATED:  Honolulu, Hawai'i, June 24, 2014.

Presiding Judge